# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:20–cr–00525

Arael Doolittle

---

# NOTICE OF SETTING

## TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Dena Hanovice Palermo

**PLACE:**
by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 12/1/2020

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Final Hearing – Superv Rls Vio

Date:   November 24, 2020

David J. Bradley, Clerk